UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| TIMOTHY KEENE | * |
| | * |
| vs | * DOCKET NO. 2:07-cv-00079 |
| | *                            WKS |
| DANIEL SCHNEIDER and | * |
| JARED HATCH | * |

D E P O S I T I O N

OF

DANIEL SCHNEIDER

Taken on behalf of the Plaintiff
on Monday, July 7, 2008 at the
law offices of Rubin, Kidney, Myer & DeWolfe,
Barre, VT.

APPEARANCES:

MAGGIE K. VINCENT, ESQ., of the firm Rubin, Kidney, Myer & DeWolfe, 237 N. Main Street, Barre, VT 05641-4125, appeared and represented the Plaintiff.

DAVID R. GROFF, ESQ., of the firm Office of the Attorney General, 109 State Street, Montpelier, VT, 05609-1001, appeared and represented the Defendants.

COURT REPORTER:  Virginia L. Simmer, RPR

GREEN MOUNTAIN REPORTERS
P.O. Box 1311
Montpelier, VT 05601
(802) 229-9873   (802) 288-9578
(800) 595-9873

1  you decided to place him under arrest and what
2  happened then?
3     A.   I ordered him to turn around and place his
4  hands behind his back which he refused to do.  And
5  I ordered him several more times to place his hands
6  behind his back which he refused to do.  And then I
7  advised him if he did not comply with my lawful
8  orders I would spray him with my OC which then he
9  again refused to comply with my orders.  I then
10 sprayed him in the face with my OC and then forced
11 him to the ground.
12    Q.   Okay. And did he -- did Mr. Keene engage in
13 any assaultive behavior toward you?
14    A.   He became defiant, standoff-ish.  I perceived
15 that as a clue that he could become assaultive.
16    Q.   How did he display his defiance?
17    A.   By crossing him arms, changing his tone of
18 voice and telling me no, he was not under his
19 arrest.
20    Q.   Tell me how he crossed his arms?
21    A.   Across his chest like this.
22    Q.   So you just crossed your arms across your
23 chest?
24    A.   Yes, ma'am.
25    Q.   And you regard that as preliminary

1  A.  Yes.

2  Q.  Do you remember just kind of on an exertion

3 level how much force you expended in those two

4 minutes that those 14 blows that you heard were

5 being struck?

6  A.  I was tired.

7  Q.  Okay.  And from the time -- let's go back to

8 when you sprayed Mr. Keene with the OC.  You

9 thought you were alone in the house, right?

10  A.  Well, I believed I was alone at his

11 residence, unsure if it was just me and Mr. Keene

12 in his residence.  I was unsure of that.

13  Q.  So you hadn't previously called for any kind

14 of backup assistance or anything like that?

15  A.  I don't recall.

16  Q.  Was it a surprise to you that Trooper Hatch

17 was there?

18  A.  At that point when he came in, yes.

19  Q.  You just hadn't been aware that he was on the

20 way or anything like that?

21  A.  I don't recall.  At the point when I was

22 speaking with Mr. Keene inside his residence I

23 believed I was the only trooper there at the

24 residence.

25  Q.  And when you pulled up to his residence

1 is on the floor. Where were you in relation to his
2 head?
3   A.   Are you familiar with his house?
4   Q.   Yes.
5   A.   I was -- my back was facing the stairs and I
6 was facing the door.
7   Q.   Okay. So your back -- so in relation to his
8 body on the floor was it --
9   A.   I believe it would be his right side.
10   Q.   Okay. Was Trooper Hatch on the left?
11   A.   He was next to the door and I believe it
12 would be on the left side.
13   Q.   Okay. So one officer on either side?
14   A.   Yes.
15   Q.   Okay. And who was -- was one of you working
16 on Mr. Keene's arms more than the other?
17   A.   I don't recall. I would try to access an
18 arm, he refused and then I would go to some type of
19 strikes and then try to gain an arm again.
20   Q.   Did you believe that Mr. Keene was in some
21 altered state that he wasn't feeling the blows?
22   A.   I believed he was intoxicated. I am unsure
23 if he felt the blows or not.
24   Q.   Okay. He didn't give you any indication that
25 he was in pain from what was going on?

1   A.   From the tape --

2   Q.   Or from your recall.

3   A.   I don't really think he was feeling them at

4 that point.  He still refused to comply with my

5 orders so I believe the strikes were ineffective.

6   Q.   So refusal to surrender his arms means to you

7 that he didn't feel the blows?

8   A.   They were ineffective.

9   Q.   Okay.  So the strikes that you were doing

10 which were again -- I'm sorry, would you back up

11 and describe what kind of strikes you were applying

12 to him?

13  A.   I applied knee strikes, closed fist strikes

14 and then I stated elbow strikes but they're more of

15 a forearm strike instead of a straight elbow

16 strike.

17  Q.   And those were ineffective?

18  A.   Yes, ma'am, in my opinion.

19  Q.   We kind of heard maybe three or four

20 different volleys, you know, kind of there will be

21 strike, strike, strike, strike, stop, Mr. Keene

22 saying "I've got a daughter upstairs," then, you

23 know, starting again.  In between the kind of

24 volleys of your assault on him was that when you

25 were trying to get his arms?

1  Q.  So how did you apply the pressure point?

2  A.  According to my memory I had to try it twice,

3 once was with my fingertips, my index fingertips,

4 sorry.  I applied pressure; it was ineffective.

5  Q.  Where did you apply the pressure?

6  A.  It's called a mandibular angular pressure

7 point.  It is in the soft portion behind your ear

8 lobe on both sides.  First applied it it was

9 ineffective and then I believe I applied it again

10 with my thumb tips.

11  Q.  Okay.  And?

12  A.  And I observed his right arm to partially

13 come out enough so I could obtain his bicep and

14 then I was able to get him into a shoulder lock.

15  Q.  Okay.  And the shoulder lock -- by using the

16 shoulder lock were you able to get his other arm?

17  A.  Yes, I had applied pressure to that for him

18 to release his other arm so we could put it in the

19 small of his back.

20  Q.  Okay.  And then you got him handcuffed?

21  A.  Yes, ma'am.

22  Q.  What was Trooper Hatch doing while you were

23 doing all this?

24  A.  I believe he applied a few knee strikes like

25 I said to his lower half, to his small of his lower

1  A.  He closed his eyes, squinted hard, closed
2 them.
3  Q.  So his eyes were closed when he was sprayed?
4  A.  Yes.
5  Q.  At any point -- well, okay.  After you
6 obtained control of Mr. Keene's arm how many times
7 did you strike him?
8  A.  When I got him to a shoulder lock?
9  Q.  Right.
10  A.  None, I did not strike him again.
11  Q.  Did Mr. Keene ever complain to you about
12 being unable to breathe or having eye problems
13 after he was in custody?
14  A.  I don't believe so.
15  Q.  Have all the use of force reports that you
16 have submitted during your career at Vermont State
17 Police been reviewed by the process you described
18 earlier?
19  A.  Yes.
20  Q.  And what's been the result of those?
21  A.  They've all been approved.
22          MR. GROFF:  That's all.
23 EXAMINATION BY MS. VINCENT:
24  Q.  I have a couple of follow-up too then as
25 well.  Have you ever been sent for any training