```
                    U.S. DISTRICT COURT

                    DISTRICT OF VERMONT

--------------------------------x
TIMOTHY KEENE,                  |
                                |
              Plaintiff,        |
       v.                       |   Docket No.:
                                |   2:07-CV-00079 WKS
DANIEL SCHNEIDER and            |
JARED HATCH,                    |
              Defendants.       |
--------------------------------x
```

DEPOSITION
--of--
JARED HATCH

Taken on behalf of the Plaintiff on Wednesday, July 16, 2008, at the law offices of Rubin, Kidney, Myer & DeWolfe, 237 N. Main Street, Barre, Vermont.

APPEARANCES

MAGGIE K. VINCENT, ESQ. represents the Plaintiff
   Rubin, Kidney, Myer & DeWolfe
   237 North Main Street
   Barre, Vermont 05641-4125

DAVID R. GROFF, ESQ. represents the Defendants
   Office of the Attorney General, Civil Division
   109 State Street
   Montpelier, Vermont 05609-1001


         Court Reporter/Notary Public:

            Patricia A. Tretiak
         GREEN MOUNTAIN REPORTERS
           Post Office Box 1311
          Montpelier, Vermont 05601
        (802) 229-9873   (802) 288-9578
              (800) 595-9873

1      A      No.

2      Q      So, what happened next?

3      A      I just stood there for a little while, a
4    couple of minutes, I don't even know how long, to be
5    honest with you, just kind of watching, just watching
6    their interaction, and then I saw Trooper Schneider
7    retrieve his O.C. spray and spray Mr. Keene, and then
8    at that time I went to the door at the same time Mr.
9    Keene went into the door, and I couldn't get in.

10     Q      Okay.  So, did you actually, were you able to
11   see Mr. Keene's body going toward the door, or was that
12   an assumption?

13     A      I don't recall.  I mean, I believe I was
14   moving at the same time, so I'm not sure if I saw that
15   or not.

16     Q      So, you tried to get through the door, but
17   your way was blocked?

18     A      Correct.

19     Q      And at some point it became unblocked?

20     A      Yes.

21     Q      Okay.

22     A      I was able to force my way into the house.

23     Q      So, when you forced your way in, what did you
24   see?

25     A      I saw Mr. Keene on his stomach and Trooper

```
 1      A    I know he used some knee strikes, I believe he
 2 used closed fist strikes, and eventually he used the
 3 pressure point.
 4      Q    Okay.  Was Trooper Schneider kneeling on the
 5 floor?
 6      A    Yes.
 7      Q    Okay.
 8      A    I believe so.
 9      Q    So, he is kneeling on the floor, a knee strike
10 would be essentially like a kick with your knee?
11      A    I guess.  It's a knee strike.
12      Q    Okay.  And a closed fist strike, that's what
13 ordinary people call a punch?
14      A    Correct.
15      Q    How many times did you, were you aware of him
16 employing a knee strike?
17      A    I don't know.  I couldn't answer that
18 honestly.
19      Q    Okay.
20      A    I wasn't really paying attention to Trooper
21 Schneider.
22      Q    Okay.
23      A    You know, as far as what he was doing.
24      Q    How about closed fist strikes, you weren't
25 aware of how many times he punched him?
```

```
 1        A     I don't know.
 2        Q     Okay.  Did you employ any knee strikes on Mr.
 3   Keene?
 4        A     I did.
 5        Q     How many knee strikes did you employ?
 6        A     Approximately five to ten.
 7        Q     How about closed fist strikes?
 8        A     I don't believe I used those.
 9        Q     Did you at any point see Trooper Schneider
10   obtain control of Mr. Keene's arm?
11        A     Yes, he eventually did.
12        Q     Let me clarify.
13        A     I'm sorry.
14        Q     His right arm?
15        A     His right arm, yes, ma'am.
16        Q     How was that accomplished?
17        A     He used a pressure point technique.
18        Q     What was the technique?
19        A     I don't know what it's called.  He used his
20   thumbs to gain compliance behind the ears.
21        Q     So, he used his thumbs behind Mr. Keene's
22   ears?
23        A     Um-hum.
24        Q     And what did that accomplish?
25        A     Mr. Keene kind of freed up his arm so his arm
```

```
 1      Q    Okay.  And what does your training allow you
 2 to do when someone is passively resisting arrest?
 3      A    Well, he wasn't passively resisting.
 4      Q    He was?
 5      A    Actively resisting.
 6      Q    He was actively resisting because he wasn't
 7 complying?
 8      A    He was not complying, actively resisting.
 9      Q    Okay.  So, when someone is lying there and
10 just not allowing his arms to be taken, that's active
11 resistance?
12      A    If he's attempting to not being handcuffed,
13 actively resisting, yes.
14      Q    So, if he is not fighting but he's not
15 allowing you to get his arms, what does your training
16 say that you can do?
17      A    We can use control and restraint techniques,
18 we can use O.C., we can use softening blows such as
19 knee strikes to gain compliance.
20      Q    Okay.  And how is the O.C. effective in
21 getting control of people's arms?
22      A    Each situation is different.  As that
23 situation was, him being on the ground, it may not have
24 been that.
25      Q    Well, the O.C. was employed when he was
```

```
 1      Q    What's the limit there?
 2      A    As much force needed to gain compliance.
 3      Q    Okay.  So, if after say four blows there is no
 4 compliance, how much softening do you get to do?
 5      A    Well, we don't get up and walk away.  So, we
 6 have to employ them until either they work, or we use
 7 another technique that does work.
 8      Q    So, I guess what is reasonable in saying,
 9 "Well, this technique isn't working"?
10      A    Each situation is different.  I don't know.
11 Each situation would have a different answer, I guess.
12      Q    Have you ever been in a situation like this
13 before?
14      A    As far as?
15      Q    When someone has actively resisted arrest, by
16 your take, by not allowing his hands to be handcuffed?
17      A    I believe so.
18      Q    Can you think of any specific instances where
19 you were in that situation?
20      A    I could think of one up in Coventry.
21      Q    Um-hum.  What did you employ there to get
22 compliance?
23      A    Strikes, I believe we inflicted strikes.
24      Q    How many?
25      A    I don't recall.
```