**ORIGINAL**

U.S. DISTRICT COURT

DISTRICT OF VERMONT

```
-------------------------------x
TIMOTHY KEENE,                  |
                                |
             Plaintiff,         |
        v.                      |  Docket No.:
                                |  2:07-CV-00079 WKS
DANIEL SCHNEIDER and            |
JARED HATCH,                    |
             Defendants.        |
-------------------------------x
```

DEPOSITION
--of--
TIMOTHY KEENE

Taken on behalf of the Defendants on Wednesday, July 16, 2008, at the law offices of Rubin, Kidney, Myer & DeWolfe, 237 N. Main Street, Barre, Vermont.

APPEARANCES

MAGGIE K. VINCENT, ESQ. represents the Plaintiff
    Rubin, Kidney, Myer & DeWolfe
    237 North Main Street
    Barre, Vermont 05641-4125

DAVID R. GROFF, ESQ. represents the Defendants
    Office of the Attorney General, Civil Division
    109 State Street
    Montpelier, Vermont 05609-1001

Court Reporter/Notary Public:

Patricia A. Tretiak
GREEN MOUNTAIN REPORTERS
Post Office Box 1311
Montpelier, Vermont 05601
(802) 229-9873   (802) 288-9578
(800) 595-9873

```
 1   correct?
 2       A    Yes.
 3       Q    And you said you did?
 4       A    I said yeah, I believe I did.
 5       Q    And why did you think he was there?
 6       A    Because Bonnie said she was going to call them
 7   if I didn't leave.
 8       Q    So, you are talking about Bonnie Breer?
 9       A    Yes.
10       Q    And you had some kind of incident with her
11   that night?
12       A    Yes.
13       Q    Do you recall what time that was?
14       A    It was about 11 o'clock around.
15       Q    This occurred at her house?
16       A    The end of the confrontation did, yes.
17       Q    And you just said that she told you at that
18   point that she was going to call the police?
19       A    If I didn't leave, and I did leave after that.
20       Q    You were in your vehicle?
21       A    Yes.
22       Q    And you had told her son, I believe, that you
23   weren't going to leave the residence until she came out
24   to talk to you?
25       A    I may have said something to that effect.
```

```
 1      A    Yes.
 2      Q    Private road to get to your house?
 3      A    Yes.
 4      Q    How long is it about?
 5      A    Maybe 2000 yards.
 6      Q    How close is your nearest neighbor?
 7      A    Maybe 1000 yards away.
 8      Q    I think you can see this on the video, but
 9  it's pretty dark, there weren't any lights on, at least
10  that night outside of your house, do you recall?
11      A    Lights from where, the next house?
12      Q    Well, do you have lights -- no, from your
13  house?  Do you have lighting outside the house?  Well,
14  let me just ask it this way, do you have lighting
15  outside of your house?
16      A    Yes.
17      Q    Do you know if the lighting was on at the
18  time?
19      A    I don't believe it was.
20      Q    Okay.  And it was, like we said, late, so it
21  was actually kind of dark in your house, as well,
22  correct?
23      A    Yes.
24      Q    Now, when Trooper Schneider got there, he
25  asked you if you knew why he was there; is that
```

1   A   Yes.
2   Q   Okay.  So, when Trooper Schneider first came
3   in, you answered his questions about why he was there,
4   correct?
5   A   Yes.
6   Q   And you answered the questions he had for you
7   about Ms. Breer?
8   A   I believe I answered all the questions he
9   asked me.
10  Q   Okay.  Well, there came a time when he started
11  to ask you about how much you had been drinking; isn't
12  that correct?
13  A   Yes.
14  Q   And you didn't answer those questions?
15  A   Right.
16  Q   Okay.  At least at first you didn't, you said
17  you didn't remember how much you had drank?
18  A   Right.
19  Q   You asked him why he wanted to know?
20  A   Exactly.
21  Q   And you told him you didn't think it mattered?
22  A   Correct.
23  Q   And you told him you didn't count them?
24  A   Correct.
25  Q   And then eventually you told him that you had

1  maybe three beers?
2      A   Correct.
3      Q   And that those had been all been since you had
4  been home?
5      A   Correct.
6      Q   But you've already told me today that you had,
7  in fact, been drinking earlier in the evening before
8  you got home?
9      A   Correct.
10     Q   And you told him three. I think you told me
11 maybe, I don't recall if I asked you how many beers did
12 you have once you got home?
13     A   I was telling the officer how many I had since
14 I got home.
15     Q   Okay. And what did you tell him, do you
16 remember?
17     A   I think I told him three or four.
18     Q   Okay.
19     A   At the house.
20     Q   Sitting here today, how many do you think it
21 was?
22     A   At least four.
23     Q   So then, well, you know what I'm going to do,
24 I'm going to play the tape and ask you to listen to it.
25 I'm going to play a little bit of it and then stop it,

1    A    Okay.
2         (Tape plays.)
3    Q    Okay. I'm just going to stand here if no one
4  minds. So, a couple of things happened in that piece
5  we just played. Number one, he asked to you to do
6  field sobriety tests, correct?
7    A    Yes.
8    Q    And you refused to do that?
9    A    Yes.
10   Q    Several times?
11   A    Yes.
12   Q    At some point you started to walk away from
13 him?
14   A    Yes.
15   Q    And he told you not to leave?
16   A    Yes. I believe I had to go to the bathroom.
17   Q    Okay. At least at that point did you say you
18 had to go to the bathroom?
19   A    Yes. It's right on the video.
20   Q    You said it after you had walked, started to
21 walk away?
22   A    No. I said it before.
23   Q    In any case, you were trying to go into a
24 different part of the room, or a different part of the
25 house?

```
 1        A    Yes.
 2        Q    There is something in there about putting your
 3   hands in your pockets?
 4        A    I don't remember doing that, but I heard him
 5   tell me to take my hands out of my pockets.
 6        Q    Then there was a piece there where you were
 7   talking about the fact that he was on your property,
 8   and basically saying that he was there illegally, do
 9   you remember that?
10        A    Yes.
11        Q    So, you were kind of arguing with him about
12   whether or not he could be there?
13        A    Yes.
14        Q    Now, during, when I play this next part, I'm
15   going to ask you, if you can, to try to count the
16   number of times that after Trooper Schneider asks you
17   either -- sorry, let me start over.
18             Trooper Schneider is going to do two things a
19   number of times, tell you that you are under arrest and
20   ask you to turn around so that he can handcuff you.
21   Okay?
22        A    Yes.
23        Q    I want you to, when I play this, try to count
24   the number of times that you refuse to do that.  Okay?
25        A    Okay.
```

```
 1                    (Tape plays.)
 2         Q    Were you able to count?
 3         A    I got seven.  What'd you get?
 4         Q    Well, I guess it depends on how many, I count
 5    six explicit no's, and you just said you counted seven?
 6         A    Yes.
 7         Q    So, six or seven.  There was also a number of
 8    times where he told you to do that, and you didn't
 9    explicitly say no, but you didn't do it, instead you
10    asked him some other question; is that right?
11         A    Yes.
12         Q    Well, at one point he asked you to do it, and
13    you said, "I have to go to the bathroom"?
14         A    Right.
15         Q    So, you didn't do it that time?
16         A    No, I don't believe so, no.
17         Q    Well, you never agreed to put your hands
18    behind your back?
19         A    Right.
20         Q    So, at one point he told you to do that, and
21    you asked him why?
22         A    Yes.
23         Q    And he explained that he believed you had been
24    driving under the influence?
25         A    Yes.
```

1   Q   And you basically argued with him about
2   whether or not you had?
3   A   Yes.
4   Q   At another point he explained that he was
5   going to spray you with O.C.?
6   A   Yes.
7   Q   Or he told you he was going to do that?
8   A   Yes.
9   Q   You asked him what it was?
10  A   Yes.
11  Q   And he explained that to you?
12  A   Yes.
13  Q   But you still didn't do what he asked you to
14  do?
15  A   Correct.
16  Q   So, I don't know if you heard it when I
17  stopped the tape, that's when he sprayed, did you hear
18  that?
19  A   Yes.
20  Q   Okay.  Do you remember after you were sprayed,
21  do you remember being told to put your hands behind
22  your back?
23  A   Yes.
24  Q   And do you remember what you said?
25  A   No.

```
 1                MR. GROFF:  That's all I have.
 2                MS. VINCENT:  I just have a couple of
 3   questions to clarify.
 4   CROSS-EXAMINATION BY MS. VINCENT:
 5       Q    You were at Earl Curtis' that night?
 6       A    Yes.
 7       Q    Had you driven to Earl Curtis' house?
 8       A    No.
 9       Q    Who drove you there?
10       A    Bonnie.
11       Q    And did you drive from Earl Curtis' home to
12   Bonnie's home?
13       A    No.
14       Q    Okay.  Where did you go?
15       A    Earl drove me to my home.
16       Q    Okay.  And then you drove from your home to
17   Bonnie's?
18       A    Yes.
19       Q    That's a matter of how many miles?
20       A    About a mile.
21       Q    And you pled either no contest or not guilty,
22   but you pled to a resisting arrest charge?
23       A    Right.
24       Q    Did that ever actually make sense to you?
25       A    No, it didn't.
```

```
 1      Q     Why didn't it make sense to you?
 2      A     Because I felt that I wasn't guilty of DWI.
 3      Q     Okay.  So, the DUI charge, what happened with
 4   the DUI charge?
 5      A     It was dropped for, I guess it was just
 6   dropped.  You know why, but I'm not sure why.
 7      Q     But it was a dismissed charge?
 8      A     Right.  Yeah, it was dismissed.
 9      Q     Okay.  When the officer was questioning you in
10   your home about your drinking, you did repeat several
11   times, "Why does it matter"?
12      A     Exactly.
13      Q     Why did you say that?
14      A     Because I drank at home, not while I was
15   driving.
16      Q     Okay, and how long were you home between the
17   time you left Bonnie's house and the time Trooper
18   Schneider appeared?
19      A     It was, I believe, like almost a couple of
20   hours.
21      Q     Okay.  And that's, and you had been drinking
22   while you were home?
23      A     Yes.
24      Q     Okay.  So, when the officer asked you to
25   perform field sobriety exercises, were you surprised?
```