UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

TIMOTHY KEENE, individually,                )        Circuit  No. 07-0872-cv
and as next friend to K.K., a minor          )
      Plaintiffs                             )        District No. 2:07-CV-79
                                                          )
     vs.                                          )
                                                          )
DANIEL SCHNEIDER and                       )
JARED HATCH,                                    )
      Defendants.                          )

## INDEX

A.        Certified copy of docket entries.


1 - 47        District Court Electronic Documents.
             All filed documents are accessible through CM/ECF.


B.        Clerk's Certification.

APPEAL, ENE3, ENEN, STAYED

## U.S. District Court
## District of Vermont (Burlington)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00079-wks
## Internal Use Only

Keene v. Schneider et al                                Date Filed: 03/29/2007
Assigned to: Judge William K. Sessions III             Jury Demand: Plaintiff
Case in other court: Washington County Superior Court, Nature of Suit: 440 Civil Rights: Other
      150207 Wncv                                Jurisdiction: Federal Question
Cause: 42:1981 Civil Rights

**Plaintiff**

**Timothy Keene**                          represented by    **Kerry B. DeWolfe , Esq.**
*individually, and as next friend to K. K.,*                Rubin, Kidney, Myer & DeWolfe
*a minor*                                                   237 North Main Street
*by next friend*                                            Barre , VT 05641
K.K.                                                        (802) 479-2514
                                                            Fax: (802) 479-2516
                                                            Email: kdewolfe@sover.net
                                                            *TERMINATED: 03/19/2008*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Maggie K. Vincent**
                                                            Rubin, Kidney, Myer & DeWolfe
                                                            237 North Main Street
                                                            Barre , VT 05641
                                                            (802) 479-2514
                                                            Email: maggievincent@hotmail.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel Schneider**                       represented by    **David R. Cassetty**
                                                            Vermont Office of the Attorney General

                                                            109 State Street
                                                            Montpelier , VT 05609
                                                            (802) 828-1102
                                                            Email: dcassetty@atg.state.vt.us
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Timothy B. Tomasi
United States Attorney's Office
District of Vermont
P.O. Box 570
Burlington , VT 05402-0570
(802) 951-6725
Fax: (802) 951-6540
Email: Timothy.Tomasi@usdoj.gov
*TERMINATED: 05/16/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jared Hatch**                                                        represented by   **David R. Cassetty**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Timothy B. Tomasi**
                                                                       (See above for address)
                                                                       *TERMINATED: 05/16/2007*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**ENE Evaluator**

**ENE Evaluator**                                                      represented by   **Richard T. Cassidy**
*TERMINATED: 04/24/2008*                                               Hoff Curtis
                                                                       100 Main Street
                                                                       P.O. Box 1124
                                                                       Burlington , VT 05402-1124
                                                                       (802) 864-6400
                                                                       Fax: (802) 860-1565
                                                                       Email: rcassidy@hoffcurtis.com
                                                                       *TERMINATED: 04/24/2008*
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 03/29/2007 | 1 | NOTICE OF REMOVAL by Daniel Schneider, Jared Hatch from Washington Superior Court, case number 150207 Wncv. (Filing fee $350) (Attachments: # Exhibit A (removed)# 2 Civil Cover Sheet)(law) Exhibit A (redacted)# 3 added 6/6/2007. (jmm) (Entered: 03/29/2007) |
| 03/30/2007 | 2 | LETTER to Washington County Superior Court requesting original file & certified docket sheet. (law) (Entered: 03/30/2007) |
| 03/30/2007 | 3 | LETTER to non-admitted Atty Maggie Vincent re: L.R. 83.2. (law) (Entered: 03/30/2007) |

| 04/04/2007 | 4 | RECEIVED FILE and certified copy of docket sheet from State Court. (law) (Entered: 04/04/2007) |
| 04/04/2007 | 5 | COMPLAINT against Daniel Schneider, Jared Hatch filed by Timothy Keene. (originally filed 02/23/2007 in state court) (Attachments: # 1 Copy of Summonses)(law) Main image replaced with redacted image 6/6/2007. (jmm) (Entered: 04/04/2007) |
| 04/04/2007 | 6 | DEMAND for Trial by Jury by Timothy Keene. (originally filed 02/23/2007 in state court) (law) (Entered: 04/04/2007) |
| 04/04/2007 | 7 | RETURN OF SERVICE Executed. Jared Hatch served on 2/27/2007, answer due 3/19/2007. (originally filed 03/05/2007 in state court) (law) (Entered: 04/04/2007) |
| 04/04/2007 | 8 | RETURN OF SERVICE Executed. Daniel Schneider served on 3/5/2007, answer due 3/26/2007. (originally filed 03/05/2007 in state court) (law) (Entered: 04/04/2007) |
| 04/04/2007 | 9 | NOTICE by Daniel Schneider, Jared Hatch of Filing Notice of Removal. (originally filed 03/30/2007 in state court) (Attachments: # 1 Notice of Removal)(law) (Entered: 04/04/2007) |
| 05/07/2007 | 10 | MOTION to Dismiss, or In the Alternative, MOTION for A More Definite Statement by Daniel Schneider, Jared Hatch.(law) (Entered: 05/07/2007) |
| 05/07/2007 |  | Set/Reset Deadlines as to 10 MOTION to Dismiss MOTION for More Definite Statement (should be 30 day response time to the motion to dismiss as opposed to 10 days). (jam) (Entered: 05/24/2007) |
| 05/16/2007 | 11 | NOTICE of Attorney Substitution of David R. Cassetty for Timothy B. Tomasi as to Daniel Schneider and Jared Hatch. (law) (Entered: 05/16/2007) |
| 06/06/2007 | 12 | NOTICE of Attorney Substitution by Kerry B. DeWolfe for Maggie K. Vincent as to Plaintiffs. (law) (Entered: 06/06/2007) |
| 06/06/2007 | 13 | MOTION to Enlarge Time to File Response as to 10 MOTION to Dismiss, or In the Alternative, MOTION for A More Definite Statement by Timothy Keene.(law) (Entered: 06/06/2007) |
| 06/08/2007 | 14 | ORDER granting as unopposed 13 Plaintiff's Motion to Enlarge Time to File Response as to 10 Motion to Dismiss Complaint or, in the Alternative, For a More Definite Statement. Signed by Judge William K. Sessions III on 06/08/07. (This is a text only Order.) (eae) (Entered: 06/08/2007) |
| 06/08/2007 |  | Reset Deadlines as to 10 MOTION to Dismiss, or In the Alternative, MOTION for A More Definite Statement - extended 2 weeks. (law) (Entered: 06/08/2007) |
| 06/20/2007 | 15 | MOTION to Amend *Complaint* by Timothy Keene. (Attachments: # 1 Red-lined Version of Proposed Amended Complaint)(DeWolfe, Kerry) Text clarified 6/20/2007. (jmm) (Entered: 06/20/2007) |
| 06/26/2007 | 16 | OPPOSITION to 15 Motion to Amend *Complaint* filed by Daniel Schneider, Jared Hatch. (law) (Entered: 06/26/2007) |

| 08/28/2007 | 17 | MEMORANDUM AND ORDER granting in part and denying in part 10 Motion to Dismiss, or In the Alternative, MOTION for A More Definite Statement (denied as to Counts I and II, granted as to Count III); granting in part and denying in part 15 Motion to Amend Complaint (granted as to Counts I and II, denied as to Count III). Signed by Judge William K. Sessions III on 08/28/2007. (law) (Entered: 08/28/2007) |
| 09/11/2007 | 18 | ANSWER to Amended Complaint (not yet filed) by Daniel Schneider, Jared Hatch.(law) (Entered: 09/11/2007) |
| 11/06/2007 | 19 | STIPULATED DISCOVERY LETTER SENT re: no stipulated discovery schedule filed; case will be placed on the master calendar unless stipulated schedule is filed within 14 days; Discovery schedule due by 11/23/2007. (jam) (Entered: 11/06/2007) |
| 11/07/2007 | 20 | ENE LETTER re: Potential Evaluators sent; responses due by 11/26/2007. (law) (Entered: 11/07/2007) |
| 11/19/2007 | | RECEIVED (proposed) Stipulated Discovery Schedule/Order by Timothy Keene, Daniel Schneider, Jared Hatch.(law) (Entered: 11/19/2007) |
| 11/19/2007 | 21 | LETTER to counsel re: proposed Stipulated Discovery Schedule/Order (non-compliant w/LR 26.1(b)(3)(A),(B),(G) and (I). New proposed Stipulated Discovery Schedule/Order due within 10 days. (law) (Entered: 11/19/2007) |
| 11/19/2007 | | Set Deadlines: Joint Proposed Discovery Schedule due within 10 days, see 21 . (law) (Entered: 11/19/2007) |
| 11/26/2007 | 22 | PROPOSED STIPULATED DISCOVERY SCHEDULE/ORDER by Timothy Keene, Daniel Schneider, Jared Hatch.(Cassetty, David) (Entered: 11/26/2007) |
| 11/26/2007 | 23 | ENE Evaluator Richard T. Cassidy assigned. (see 22 )(law) (Entered: 11/26/2007) |
| 11/27/2007 | 24 | STIPULATED DISCOVERY SCHEDULE/ORDER: Motions due by 6/16/2008. Discovery due by 5/12/2008. Ready for Trial by 8/4/2008. Early Neutral Evaluation set for 1/15/2008 at 10:00 AM. Signed by Judge William K. Sessions, III on 11/27/07. (law) (Entered: 11/27/2007) |
| 11/28/2007 | 25 | DISCOVERY CERTIFICATE - Initial Disclosures by Timothy Keene.(law) (Entered: 11/28/2007) |
| 01/18/2008 | 26 | DISCOVERY CERTIFICATE - First Set of Interrogatories and First Request for Production of Documents by Timothy Keene.(law) (Entered: 01/18/2008) |
| 01/18/2008 | 27 | DISCOVERY CERTIFICATE - First Set of Interrogatories and Requests to Produce by Daniel Schneider, Jared Hatch.(law) (Entered: 01/18/2008) |
| 02/28/2008 | 28 | DISCOVERY CERTIFICATE - Answers to First Set of Interrogatories *and Requests to Produce* by Jared Hatch.(Cassetty, David) (Entered: 02/28/2008) |
| 02/28/2008 | 29 | DISCOVERY CERTIFICATE - Answers to First Set of Interrogatories *and Requests for Production* by Daniel Schneider.(Cassetty, David) (Entered: |

| | | |
|---|---|---|
| | | 02/28/2008) |
| 03/17/2008 | 30 | LETTER to counsel re: ENE. Response due 03/28/2008. (law) (Entered: 03/17/2008) |
| 03/19/2008 | 31 | SUBSTITUTION OF COUNSEL by Maggie K. Vincent for Kerry B. DeWolfe as to Timothy Keene. (law) (Entered: 03/19/2008) |
| 03/19/2008 | 32 | DISCOVERY CERTIFICATE - Responses to First Set of Interrogatories and Requests to Produce by Timothy Keene.(law) (Entered: 03/19/2008) |
| 03/28/2008 | 33 | MOTION to Amend Stipulated Discovery Schedule/Order by Timothy Keene. (Attachments: # 1 Proposed Amended Stipulated Discovery Schedule/Order, # 2 Certificate of Service)(Vincent, Maggie) Modified on 4/7/2008 (jmm) (Entered: 03/28/2008) |
| 04/07/2008 | 34 | AMENDED STIPULATED DISCOVERY SCHEDULE/ORDER granting 33 MOTION to Amend Discovery Schedule. Motions due by 9/16/2008. Discovery due by 8/12/2008. Ready for Trial by 10/4/2008 Early Neutral Evaluation set for 4/23/2008 at 09:30 AM. Signed by Judge William K. Sessions III on 04/07/2008. (law) (Entered: 04/07/2008) |
| 04/24/2008 | 35 | REPORT of Early Neutral Evaluation by ENE Evaluator. (Cassidy, Richard) (Image corrected/replaced 4/29/2008)(jmm) (Entered: 04/24/2008) |
| 04/29/2008 | 37 | NOTICE OF DOCKET ENTRY CORRECTION re: 35 ENE Evaluator's Report. The original image contained a date typo and has been removed. The corrected image is now attached to 35 and to this entry. (jmm) (Entered: 04/29/2008) |
| 07/17/2008 | 38 | DISCOVERY CERTIFICATE - Experts Report by Daniel Schneider, Jared Hatch.(Cassetty, David) Text clarified on 7/21/2008 (jse). (Entered: 07/17/2008) |
| 08/13/2008 | 39 | MOTION for Summary Judgment by Daniel Schneider, Jared Hatch. (Cassetty, David) (Entered: 08/13/2008) |
| 08/13/2008 | 40 | STATEMENT OF UNDISPUTED FACTS by Daniel Schneider, Jared Hatch re: 39 MOTION for Summary Judgment. (Attachments: # 1 Schneider Deposition Excerpts, # 2 Keene Deposition Excerpts, # 3 Hatch Deposition Excerpts, # 4 Eastman Report & Resume)(Cassetty, David) (Entered: 08/13/2008) |
| 09/05/2008 | 41 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 39 MOTION for Summary Judgment by Timothy Keene.(Vincent, Maggie) Modified on 9/8/2008 (jse). (Entered: 09/05/2008) |
| 09/08/2008 | 42 | ORDER granting 41 Unopposed Motion for Extension of Time to File Response/Reply as to 39 MOTION for Summary Judgment. Signed by Judge William K. Sessions III on 09/08/08. (This is a text only Order.) (eae) (Entered: 09/08/2008) |
| 09/08/2008 | | Reset Deadlines to 9/25/2008 as to 39 MOTION for Summary Judgment. (law) (Entered: 09/08/2008) |

| 09/26/2008 | 43 | RESPONSE to 39 MOTION for Summary Judgment filed by Timothy Keene. (Attachments: # 1 Affidavit of Daniel Schneider, # 2 Deposition of Daniel Schneider, # 3 Deposition of Jared Hatch, # 4 Deposition of Timothy Keene)(Vincent, Maggie) (Entered: 09/26/2008) |
| --- | --- | --- |
| 09/29/2008 | 44 | SUPPLEMENTAL DOCUMENT re: 43 Response to 39 MOTION for Summary Judgment by Timothy Keene. *(exhibit on CD, available at the Clerk's Office)* (law) (Entered: 09/29/2008) |
| 10/10/2008 | 45 | REPLY in Support re 39 MOTION for Summary Judgment filed by Daniel Schneider, Jared Hatch. (Cassetty, David) (Entered: 10/10/2008) |
| 02/12/2009 | 46 | MEMORANDUM AND ORDER denying 39 Motion for Summary Judgment. Signed by Judge William K. Sessions III on 2/12/2009. (law) (Entered: 02/12/2009) |
| 03/04/2009 | 47 | NOTICE OF CIVIL INTERLOCUTORY APPEAL as to 46 MEMORANDUM AND ORDER denying 39 Motion for Summary Judgment by Daniel Schneider, Jared Hatch. Filing fee $ 455. Paid R#4682002404. (gmg) (Entered: 03/04/2009) |
| 03/04/2009 | | Case Stayed per 47 Interlocutory Appeal (law) (Entered: 03/06/2009) |

March 12, 2009   B.   CLERK'S   INDEX.

I hereby attest and certify on
_March 12, 2009_ that
the foregoing document is a full, true and correct
copy of the original on file in my office, and in my
legal custody.

**JEFFREY S. EATON**
Clerk, U.S. District Court
District of Vermont

BY: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

TIMOTHY KEENE, individually,　　　　)　　　Circuit  No. 07-0872-cv
and as next friend to K.K., a minor　　)
　　　　Plaintiffs　　　　　　　　　　)　　　District No. 2:07-CV-79
　　　　　　　　　　　　　　　　　　)
　　　　vs.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
DANIEL SCHNEIDER and　　　　　　　)
JARED HATCH,　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　)

　　　I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of

Vermont, hereby certify that the foregoing copy of the relevant docket entries comprises the

index of the original documents numbered from 1 to 47, constitutes the Record on Appeal.

　　　In Testimony whereof, I have hereunto subscribed my name and affixed the Seal of the

aforesaid Court at Burlington, Vermont, this 12th day of  March, 2009.


　　　　　　　　　　　　　　　　_____Jeffrey S. Eaton, Clerk_____


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk