AO 450 (Rev. 5/85)  Judgment in a Civil Case

# United States District Court
# District of Vermont

| | |
|---|---|
| TIMOTHY KEENE, individually, and as next friend of K.K., a minor, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>DANIEL SCHNEIDER, <br>JARED HATCH, <br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: 2:07-CV-79 |

____ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been Tried and the jury has rendered its verdict.

**X  Decision by Court.** This action came to trial or hearing before the Court.  The issues Have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the United States Court of Appeals for the Second Circuit's Mandate/Summary Order (Document No. 49) filed December 3, 2009, the decision of the district court (Document No. 46) is reversed.  JUDGMENT is hereby entered in favor of the defendants Daniel Schneider and Jared Hatch against plaintiff Timothy Keene.

|   |   |
|---|---|
|   | JEFFREY S. EATON |
| Date:  December 7, 2009 | Clerk |
|   |   |
|   | */s/ Lisa Wright* |
|   | (By) Deputy Clerk |

　　　　JUDGMENT ENTERED ON DOCKET
　　　　DATE: 12/07/2009